CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 21 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| IMAN BLACKWELL | ) | |
| | ) | Civil Action No. 7:13-CV-331 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ABERCROMBIE & FITCH STORES, INC. | ) | By:    Samuel G. Wilson |
| | ) | United States District Judge |
| Defendant. | ) | |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that defendant Abercrombie & Fitch Stores, Inc.'s Motion to Dismiss (Docket Item No. 5) is **GRANTED** and the plaintiff is **GRANTED** leave to file an amended complaint within 21 days from the entry of this order.

**ENTER**: November 21, 2013.

_____
UNITED STATES DISTRICT JUDGE