CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 03 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IMAN BLACKWELL, | ) |
| | ) Civil Action No. 7:13-CV-331 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ABERCROMBIE & FITCH STORES, INC., | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that defendant Abercrombie & Fitch Stores, Inc.'s Motion to Dismiss (Docket No. 29) is **DENIED**.

**ENTER**: March 3, 2014.

_____
UNITED STATES DISTRICT JUDGE